United States District Court
Southern District of Texas
**ENTERED**
August 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MARIA L. A.-P., "Petitioner," | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00218 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| *in their official capacities,* | § | |
| "Respondents." | § | |

**ORDER**

Before the Court is Petitioner's "Verified Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 or Order to Show Cause" (Dkt. No. 1) ("Petition"), Respondents' "Response to Verified Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 5) ("MSJ"), the Magistrate Judge's "Report and Recommendation to Deny Petitioner's Habeas Petition" (Dkt. No. 9) ("R&R"), and "Petitioner's Objections to Report and Recommendation for Dismissal of Habeas Corpus Petition" (Dkt. No. 10) ("Objections").

The R&R recommends that the Court: (1) deny the Petition (Dkt. No. 1); (2) deny the MSJ (Dkt. No. 5) as moot; (3) deny Petitioner's Motion for a Video Hearing (Dkt. No. 6), Motion for Status Conference (Dkt. No. 7) and Amended Opposed Motion for Status Conference (Dkt. No. 8) as moot; and (4) direct the Clerk of Court to close the case. Dkt. No. 9 at 1-2.

When a party objects to a magistrate judge's report and recommendation, the Court reviews the matter de novo. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After such review, the Court hereby **OVERRULES** Petitioner's Objections (Dkt. No. 10) and **ADOPTS** the R&R (Dkt. No. 9).

Accordingly, the Petition (Dkt. No. 1) is hereby **DENIED**. Respondents' MSJ (Dkt. No. 5), Petitioner's Motion for a Video Hearing (Dkt. No. 6), Petitioner's Motion for Status Conference (Dkt. No. 7), and Petitioner's Amended Opposed Motion for Status Conference (Dkt. No. 8) are **all DENIED as moot**. The Clerk of Court is **DIRECTED** to close this case.

SIGNED this August 21, 2026

Rolando Olvera
United States District Judge